Irina Shpigel
1933 East 27th Street
Brooklyn, New York 11229
Phone (917) 400-3993
Fax (646) 355-0242
E-Mail IrinaShpigelEsq@gmail.com

September 18, 2014

**BY ECF**

Honorable Sandra Townes
Honorable James Orenstein
United States District Court for
Eastern District of New York
229 Cadman Plaza East
Brooklyn, NY 11201

     **Re:**    *Emmanuil Sadikov et al., v. Izabella Avshman et al., 13 Civ. 7335 (SLT) (JO)*

Dear Judges Townes and Orenstein:

    We respectfully write on behalf of all parties to notify the Court that we have reached a settlement in principle. Accordingly, we request Your Honor to hold in abeyance all pending matters, including the September 19th, 2014 due date for Plaintiffs to file an amended complaint, until October 20th, 2014, so that the parties may work to finalize the agreement.

        Respectfully submitted,

        */S/ Irina Shpigel*
        Irina Shpigel

Copy:

Hon. James Orenstein
All Parties